IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK BRETT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY UNKNOWN, *et al.*, | : | NO. 17-4204 |
| Defendants. | | |

FILED
OCT 03 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 3rd day of October, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

3. The motion to allow 43 tapes is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.